# Court of Appeals
# of the State of Georgia

ATLANTA, May 20, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0123. SADIE MITCHELL v. RACHEL JACKSON et al.**

Upon consideration of the petition for writ of mandamus, the same is hereby DENIED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 05/20/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.